UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL RESERVE BANK Of ST. LOUIS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18cv-01205 JCH |
| PLANVIEW DELAWARE LLC, | ) ) ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND COURT ORDER**

Plaintiff Federal Reserve Bank of St. Louis and Defendant Planview Delaware, LLC hereby notify the Court that the parties have reached a settlement, documented its terms and are in the process of executing the final settlement agreement.  The parties respectfully request that the Court suspend the deadlines set forth in the Order setting Rule 16 Telephone Conference and order the parties to dismiss the case or submit a Joint Status Report within thirty (30) days.

Respectfully submitted,

| **BLITZ, BARDGETT & DEUTSCH, L.C.** | **BURGESS ASSOCIATES** |
|---|---|
| By: /s/ *Kelley F. Farrell* <br> Kelley F. Farrell, #43027 <br> Aaron W. Sanders, #64133 <br> 120 S. Central Ave., Ste. 1500 <br> St. Louis, MO  63105 <br> (314) 863-1500 <br> (314) 863-1877 (facsimile) <br> kfarrell@bbdlc.com <br> asanders@bbdlc.com <br><br> *Attorneys for Plaintiff Federal Reserve Bank of St. Louis* | By: */s/ Karen C. Burgess* <br> Karen C. Burgess, #00796276T <br> 515 Congress Avenue, Suite 1900 <br> Austin, TX 78701-3526 <br> (512) 482-8808 <br> (512) 900-6325 (facsimile) <br> kburgess@burgesslawpc.com <br><br> *Attorneys for Defendant Planview Delaware, LLC* |

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing document was served on the attorneys of record in accordance with Federal Rules of Civil Procedure on the 1st day of October, 2018, as follows:

Karen C. Burgess
Burgess Associates
515 Congress Avenue, Suite 1900
Austin, TX 78701-3526

                                                   /s/ *Kelley F. Farrell*