UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

FEDERAL RESERVE BANK )
Of ST. LOUIS, )
 )
     Plaintiff, )
 )
v. )      Case No. 4:18cv-01205 JCH
 )
PLANVIEW DELAWARE LLC, )
 )
     Defendant. )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS.

Plaintiff Federal Reserve Bank of St. Louis notifies the Court that Plaintiff's claims against Defendant Planview Delaware LLC are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

By:    /s/ *Kelley F. Farrell*
       Kelley F. Farrell, #43027
       Aaron W. Sanders, #64133
       120 S. Central Ave., Ste. 1500
       St. Louis, MO  63105
       (314) 863-1500
       (314) 863-1877 (facsimile)
       kfarrell@bbdlc.com
       asanders@bbdlc.com

       *Attorneys for Plaintiff Federal*
       *Reserve Bank of St. Louis*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record in accordance with Federal Rules of Civil Procedure on the 8th day of November, 2018, as follows:

Karen C. Burgess
Burgess Associates
515 Congress Avenue, Suite 1900
Austin, TX 78701-3526


/s/ *Kelley F. Farrell*