UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL RESERVE BANK )<br>Of ST. LOUIS, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>PLANVIEW DELAWARE, LLC, )<br>    )<br>    Defendant. ) | Case No. 4:18cv-01205 JCH |

**PLANVIEW'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS**

Planview Delaware, LLC ("Planview") notifies the Court that its claims against Plaintiff Federal Reserve Bank of St. Louis are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: November 8, 2018

Respectfully submitted,

**BURGESS LAW PC**
515 Congress Avenue, Suite 1900
Austin, Texas 78701-3526
Telephone: (512) 482-8808
Facsimile: (512) 900-6325
Email: kburgess@burgesslawpc.com

By: */s/ Karen C. Burgess*
      Karen C. Burgess
      Federal Bar No. 00796276T

**ATTORNEYS FOR DEFENDANT
PLANVIEW DELAWARE, LLC**

## CERTIFICATE OF SERVICE

   This is to certify that a copy of the foregoing document was served on the attorneys of record in accordance with Federal Rules of Civil Procedure on the 8th day of November, 2018, as follows:

Kelley F. Farrell
Federal Bar No. 43027MO
Aaron W. Sanders
Federal Bar No. 64133MO
Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue, Suite 1500
St. Louis, Missouri 63105-1796
Telephone: (314) 863-1500
Facsimile: (314) 863-1877
Email: kfarrell@bbdlc.com
Email: asanders@bbdlc.com

                */s/ Karen C. Burges*
                Karen C. Burgess